DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FATIMA WEXEL,**
Appellant,

v.

**STEVEN WEXEL,**
Appellee.

No. 4D15-4002

[June 15, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 2014DR006492XXXXSB.

Fatima Wexel, Delray Beach, pro se.

Stacy N. Beaulieu-Fawcett and Lydia A. Worden of Beaulieu-Fawcett Law Group, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

CIKLIN, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***